Argued and submitted December 10, 1990, conviction affirmed; remanded for resentencing February 13, 1991

STATE OF OREGON,
*Respondent,*

*v.*

DARREN TODD CROWLEY,
*Appellant.*

(89-07-33734; CA A64244)

804 P2d 1226

Laura Graser, Portland, argued the cause and filed the brief for appellant.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

We accept the state's concession that the trial court's order establishing conditions of probation is ambiguous.

Conviction affirmed; remanded for resentencing.